# United States Bankruptcy Court
## Northern District of California

In re **Venustiano Cano-Rios**  
Debtor(s)

Case No.  
Chapter **13**

## STATEMENT RE PAYMENT ADVICES

■   Attached are copies of all payment advices or other evidence of payment that I/we received from my/our employer(s) within the 60 days before the filing of this bankruptcy case. I/we have blocked out all but the last four digits of my/our social security number(s) wherever they appear on the attached copies.

☐   I/We received no payment advices or other evidence of payment from my/our employer(s) within the 60 days before the filing of this bankruptcy case.

I/we declare under penalty of perjury that the above statement is true and correct to the best of my/our knowledge, information, and belief.

Date **October 19, 2010**    Signature **/s/ Venustiano Cano-Rios**  
**Venustiano Cano-Rios**  
Debtor

Date **October 19, 2010**    Signature **/s/ Evan Livingstone**  
**Evan Livingstone**  
Attorney

# STOCKLIN IRON INC.

2313

**Employee**
Venustiano Cano, 2551 Casey Dr., Santa Rosa, CA 95401

**Status (Fed/State)**: Married/Married (one income)
**Allowances/Extra**: Fed-4/0/CA-4
**Pay Period**: 08/08/2010 - 08/14/2010
**Pay Date**: 08/16/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 19.00 | 760.00 | 20,928.50 |
| Overtime (x1.5) hourly | 2:15 | 27.50 | 61.88 | 1,093.15 |
| | | | 821.88 | 22,021.65 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -31.00 | -494.00 |
| Social Security Employee | -50.95 | -1,365.34 |
| Medicare Employee | -11.91 | -319.31 |
| CA - Withholding | -6.44 | -100.27 |
| CA - Disability | -9.04 | -242.24 |
| | -109.34 | -2,521.16 |

| Net Pay | 712.54 | 19,500.49 |
|---|---|---|

Case: 10-14023    Doc# 8    Filed: 10/19/10    Entered: 10/19/10 18:43:33    Page 2 of 9

Stocklin Iron Inc., 200 Oceanic Way, Santa Rosa, CA 95407 (707) 538-2285

**STOCKLIN IRON INC.**

2326

| Employee | Status (Fed/State) | Allowances/Extra |
|---|---|---|
| Venustiano Cano, 2551 Casey Dr., Santa Rosa, CA 95401 | Married/Married (one income) | Fed-4/0/CA-4 |
| | Pay Period: 08/22/2010 - 08/28/2010 | Pay Date: 08/30/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 35:00 | 19.00 | 665.00 | 22,344.00 |
| Overtime (x1.5) hourly | | | 0.00 | 1,093.15 |
| | | | 665.00 | 23,437.15 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -12.00 | -527.00 |
| Social Security Employee | -41.23 | -1,453.10 |
| Medicare Employee | -9.64 | -339.84 |
| CA - Withholding | -1.72 | -105.82 |
| CA - Disability | -7.32 | -257.81 |
| | -71.91 | -2,683.57 |

| Net Pay | 593.09 | 20,753.58 |
|---|---|---|

Case: 10-14023    Doc# 8    Filed: 10/19/10    Entered: 10/19/10 18:43:33    Page 3 of 9

Stocklin Iron Inc., 200 Oceanic Way, Santa Rosa, CA 95407 (707) 538-2285

# STOCKLIN IRON INC.

| Employee | Status (Fed/State) | Allowances/Extra |
|---|---|---|
| Venustiano Cano, 2551 Casey Dr., Santa Rosa, CA 95401 | Married/Married (one income) | Fed-4/0/CA-4 |
| | Pay Period: 08/29/2010 - 09/04/2010 | Pay Date: 09/06/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 38:30 | 19.00 | 731.50 | 23,075.50 |
| Overtime (x1.5) hourly | | | 0.00 | 1,093.15 |
| | | | 731.50 | 24,168.65 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -19.00 | -546.00 |
| Social Security Employee | -45.36 | -1,498.46 |
| Medicare Employee | -10.61 | -350.45 |
| CA - Withholding | -3.36 | -109.18 |
| CA - Disability | -8.05 | -265.86 |
| | -86.38 | -2,769.95 |

| Net Pay | 645.12 | 21,398.70 |
|---|---|---|

Case: 10-14023    Doc# 8    Filed: 10/19/10    Entered: 10/19/10 18:43:33    Page 4 of 9

Stocklin Iron Inc., 200 Oceanic Way, Santa Rosa, CA 95407 (707) 538-2285

**STOCKLIN IRON INC.**

2338

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Venustiano Cano, 2551 Casey Dr., Santa Rosa, CA 95401 | | | | | Married/Married (one income) | Fed-4/0/CA-4 |
| | | | | Pay Period: 09/05/2010 - 09/11/2010 | | Pay Date: 09/13/2010 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 38:00 | 19.00 | 722.00 | 23,797.50 |
| Overtime (x1.5) hourly | | | 0.00 | 1,093.15 |
| | | | 722.00 | 24,890.65 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -18.00 | -564.00 |
| Social Security Employee | -44.76 | -1,543.22 |
| Medicare Employee | -10.46 | -360.91 |
| CA - Withholding | -3.13 | -112.31 |
| CA - Disability | -7.94 | -273.80 |
| | -84.29 | -2,854.24 |

| Net Pay | 637.71 | 22,036.41 |
|---|---|---|

Case: 10-14023    Doc# 8    Filed: 10/19/10    Entered: 10/19/10 18:43:33    Page 5 of 9

Stocklin Iron Inc., 200 Oceanic Way, Santa Rosa, CA 95407 (707) 538-2285

```
PRESS DEMOCRAT                              PAGE:          1
427 MENDOCINO AVE                           INVOICE DATE:  09/26/10
SANTA ROSA CA  95401-6313                   INVOICE NO. :  356176
707 575-7500
                                            BILLING TERMS:
                                            DUE UPON RECEIPT

                                                  BALANCE DUE:      876.50-

         VERONICA CANO                         ACCOUNT   : RCANVE02
         2551 CASEY DR                         ROUTE     : R0106030
         SANTA ROSA CA   95403-7605            DISTRICT  : R06
                                               TRUCK     : R1195
                                               SEQUENCE  : 110

-----------------------------------------------------------------------
08/29/10   BALANCE FORWARD                                    927.87-

DRAW CHARGES FOR ROUTE: R0106030
          MON    TUE    WED    THU    FRI    SAT    SUN
08/30/10    6      6      6      6      7      6      9
09/06/10    6      6      6      6      7      6      9
09/13/10    6      6      6      6      7      6      9
09/20/10    6      6      5      5      6      5      8
           35  NYT DELIVERY CREDIT           @    .140000-       4.90-
          144  NYT DELIVERY CREDIT           @    .100000-      14.40-
               Subtotal Draw Charges:                 .00
               Subtotal Draw Credits:               19.30

DRAW CHARGES FOR ROUTE: R0106030
          MON    TUE    WED    THU    FRI    SAT    SUN
08/30/10  218    219    219    230    229    242    243
09/06/10  220    221    218    232    231    244    244
09/13/10  216    217    216    227    227    244    245
09/20/10  217    216    216    227    230    245    245
         5421  PD/AC DS DELV CRDT DAILY-HD   @    .100000-     542.10-
          977  PD/AC S DELV CREDIT SUNDAY -HD @   .140000-     136.78-
               Subtotal Draw Charges:                 .00
               Subtotal Draw Credits:              678.88

DRAW CHARGES FOR ROUTE: R0106030
          MON    TUE    WED    THU    FRI    SAT    SUN
08/30/10   13     13     15     16     16     16     28
09/06/10   13     13     17     18     18     18     28
09/13/10   13     13     15     16     16     18     28
09/20/10   14     14     17     18     18     18     28
          376  CHRONICLE DELV CR DAILY - HD  @    .100000-      37.60-
          112  CHRONICLE DELV CR SUN - HD    @    .140000-      15.68-
               Subtotal Draw Charges:                 .00
               Subtotal Draw Credits:               53.28

MISCELLANEOUS CHARGES AND CREDITS
09/01/10   PD/AC TIP FROM SUBSCRIBER                           10.00-
```

Case: 10-14023    Doc# 8    Filed: 10/19/10    Entered: 10/19/10 18:43:33    Page 6 of 9

```
PRESS DEMOCRAT                                    PAGE:
427 MENDOCINO AVE                                 INVOICE DATE:    09/26/10
SANTA ROSA CA  95401-6313                         INVOICE NO. :    356176
707 575-7500
                                                  BILLING TERMS:
                                                  DUE UPON RECEIPT

                                                  BALANCE DUE:       876.50-

            VERONICA CANO                         ACCOUNT   : RCANVE02
            2551 CASEY DR                         ROUTE     : R0106030
            SANTA ROSA CA   95403-7605            DISTRICT  : R06
                                                  TRUCK     : R1195
                                                  SEQUENCE  : 110
-------------------------------------------------------------------------------
            20047382,DEBORA PHILLIPS 3617 WILLIAMS RD
09/04/10    FINANCIAL TIMES DEL CR            4     @     .100000-         .40-
09/08/10    PD/AC TIP FROM SUBSCRIBER                                    20.00-
            21007105,ARTHUR MARGOLESE 512 JENIFER CT
09/09/10    PD/AC TIP FROM SUBSCRIBER                                     5.00-
            20031586,STEPHEN NORDQUIST 194 BRUSH CREEK RD
09/10/10    PD/AC TIP FROM SUBSCRIBER                                     4.00-
            21375612,KRIS ABRAHAMSON 3549 HEIMBUCHER WAY
09/11/10    FINANCIAL TIMES DEL CR            4     @     .100000-         .40-
09/17/10    PD/AC TIP FROM SUBSCRIBER                                    10.00-
            20102539,JEFF YOUNG 2813 CANYONSIDE DR
09/18/10    FINANCIAL TIMES DEL CR            3     @     .100000-         .30-
09/22/10    PD/AC TIP FROM SUBSCRIBER                                     5.00-
            21421497,ROBERT BARLOW 3567 HEIMBUCHER WAY
09/25/10    FINANCIAL TIMES DEL CR            3     @     .100000-         .30-
09/26/10    Merit Credit                                                 50.00-
09/26/10    PD   Rubber Bands                                             8.40
09/26/10    PD Sm Poly Bags                                              21.96
09/26/10    BARONS DELIVERY CREDIT           24     @     .100000-        2.40-
09/26/10    FINANCIAL TIMES DEL CR           69     @     .100000-        6.90-
09/26/10    IBD DELIVERY CREDIT              17     @     .100000-        1.70-
09/26/10    PD/AC CRDT FOR PREV SUN DLVRY     2     @     .250000-         .50-
09/26/10    WSJ DELIVERY CREDIT             385     @     .100000-       38.50-
            Subtotal: 125.04-

08/29/10    Check Issued to Carrier                                     927.87

            BALANCE DUE                                                 876.50-
```

Case: 10-14023    Doc# 8    Filed: 10/19/10    Entered: 10/19/10 18:43:33    Page 7 of 9

630

619 6/4-3411
bod

Forma de asistencia
RNR Chace.com

**STOCKLIN IRON INC.**

2320

Employee: Venustiano Cano, 2551 Casey Dr., Santa Rosa, CA 95401

Status (Fed/State): Married/Married (one income)
Allowances/Extra: Fed-4/0/CA-4
Pay Period: 08/15/2010 - 08/21/2010
Pay Date: 08/23/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 39:30 | 19.00 | 750.50 | 21,679.00 |
| Overtime (x1.5) hourly | | | 0.00 | 1,093.15 |
| | | | 750.50 | 22,772.15 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -21.00 | -515.00 |
| Social Security Employee | -46.53 | -1,411.87 |
| Medicare Employee | -10.89 | -330.20 |
| CA - Withholding | -3.83 | -104.10 |
| CA - Disability | -8.25 | -250.49 |
| | -90.50 | -2,611.66 |

| | | |
|---|---|---|
| Net Pay | 660.00 | 20,160.49 |

Case: 10-14023    Doc# 8    Filed: 10/19/10    Entered: 10/19/10 18:43:33    Page 9 of 9

Stocklin Iron Inc., 200 Oceanic Way, Santa Rosa, CA 95407 (707) 538-2285