DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475


## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION


| In re: | Case No.: 10-1-4023AJ13 |
|---|---|
| VENUSTIANO CANO-RIOS<br>2551 CASEY DR<br>SANTA ROSA, CA 95403 | Chapter 13 |
|  | NOTICE BY DAVID BURCHARD, CHAPTER 13<br>TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES |
| ###-##-6460 |  |
| Debtor(s). |  |


**341 MEETING OF CREDITORS:**

| | |
|---|---|
| Date: | 11/29/2010 |
| Time: | 11:00 AM |
| Place: | Office of the United States Trustee |
| | 777 Sonoma Ave., First Floor, #116 |
| | Santa Rosa, CA   95404 |

**CONFIRMATION HEARING:**

| | |
|---|---|
| Date: | 01/12/2011 |
| Time: | 1:30 PM |
| Place: | United States Bankruptcy Court |
| | 99 South E Street |
| | Santa Rosa, CA   95404 |

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. The Trustee has been provided with payment advices that appear incomplete. The Trustee requests that debtor's counsel  provide the following payment advices: June through September.

2. The Trustee has been provided with payment advices from the non-filing spouse that appear incomplete. The Trustee requests that debtor's counsel provide advices for April, June through July.

3. Question 1 in the Statement of Financial Affairs indicates the debtor received self-employment income in 2008 and 2009, however, Question 18 indicates no self-employment. The Trustee requests that debtor's counsel amend the Statement of Financial Affairs and provide this omitted information.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case,  Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: November 23, 2010                                DAVID BURCHARD_____
                                                        DAVID BURCHARD, Chapter 13 Trustee

Certificate of Mailing


I, WENDY KARNES, the undersigned, certify that:

I am over the age of 18 years and not a party to this action.  I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA.   On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

VENUSTIANO CANO-RIOS                          EVAN LIVINGSTONE
2551 CASEY DR                                 LAW OFFICES OF EVAN LIVINGSTONE
SANTA ROSA, CA 95403                          740 FOURTH ST # 215
                                              SANTA ROSA, CA 95404-0000


United States Trustee
235 Pine Street, Suite 700
San Francisco, CA   94104


Dated:  November 23, 2010                           WENDY KARNES_____
                                                    WENDY KARNES