| | |
|---|---|
| 1 | Ja Vonne M. Phillips, Esq. SBN 187474 |
| 2 | Brielyn Sesko, Esq. SBN 241596 |
|   | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
|   | San Diego, CA 92101 |
| 4 | Phone (619) 685-4800 |
| 5 | Fax (619) 685-4810 |
| 6 | Attorney for: Secured Creditor, |
| 7 | Federal Home Loan Mortgage Corporation, its assignees and/or successors |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re: | ) Case No. 10-14023 J )  ) |
| Venustiano Cano-Rios, | ) Chapter 13 ) |
| Debtor. | ) ) **PROOF OF SERVICE OF MOTION FOR** ) **RELIEF FROM AUTOMATIC STAY** ) **(UNLAWFUL DETAINER) FILED** ) **11/15/2010** ) ) ) ) Date: 12/09/2010 ) Time: 09:00 AM ) Place: 99 South E Street )         Santa Rosa, CA 95404 ) ) ) Judge: Alan Jaroslovsky ) ) |

## CERTIFICATE OF SERVICE

On 12/6/2010, I served the foregoing documents described as **MOTION FOR RELIEF FROM AUTOMATIC STAY (UNLAWFUL DETAINER) FILED 11/15/2010** on the following individuals by electronic means through the Court's ECF program

**TRUSTEE**
**Timothy W. Hoffman**
P.O. Box 1761
Sebastopol, CA 95473

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                              /s/ David Fry
                                              David Fry